IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

**LISA N. CAREY**
3516 4TH STREET
HARVEY, LA 70058,
Plaintiff,

Case No. **22-1444**

vs.

COMPLAINT   **SECT. B MAG. 5**

**PARISH OF ST. CHARLES THROUGH THE**
**DEPT. OF PLANING & ZONING**
**14996 RIVER ROAD**
**HANVILLE, LA 70057**
**Defendant,**

### PETITION FOR VIOLATION OF FEDERAL FAIR HOUSING ACT

NOW INTO COURT, COMES, LISA N. CAREY, Pro Se, litigant, a person of full age of majority, who respectfully represents as follows:

1.

This suit is derived from all remedies at the Louisiana State Court level was exhausted.

2.

The Plaintiff resides in the jurisdiction of the United States District Court for the Eastern District of Louisiana. The Municipality of St. Charles Parish through the Dept. of Planning and Zoning also is within the United States District Court for the Eastern District.

3.

This court has Subject Matter Jurisdiction over this matter because of Federal Question 42 U.S. Code 3604, under the Fair Housing Act.

4.

This is a parcel of land that has apartments on it which was purchased by Lisa N. Carey, in the year of 2006 bearing the municipal address 116 and 118 Byrd Lane, Hahnville LA. 70057.

```
X Fee  Pauper
__Process_____
X Dktd_____
__CtRmDep_____
__Doc.No._____
```

Ms. Carey started having problems with St. Charles Parish in 2012 found out Ms. Carey, (a black woman) actually owned the property. In 2014, Ms. Carey announced through the news media and newspaper that she would assist homeless veterans, senior citizens, minority and disabled citizens with housing at this location. Shortly after that, St. Charles Parish filed a civil suit on December 5, 2018, against Ms. Carey condemning said property, stating that the property was fire damaged, the structure was unsafe, among other false allegations. There was never any fire which the parish admitted to, and never proved that the structure was unsafe. Ms. Carey hired a structural engineer and he deemed the structure safe. An employee of the parish deemed the structure unsafe, which he did not have the credentials to make that call.

5.

The St. Charles Parish Court set this matter for trial on October 30, 2019. Ms. Carey was unable to find an attorney went to court herself and filed a Motion to Continue. The clerk carried the motion to the judge, that morning for trial and Ms. Carey was instructed to wait in the clerk's office for the Judge's signature on her motion. However, the judge proceeded with trial knowing Ms. Carey was downstairs in the Clerk's office and ruled against her giving the Parish a Judgment to tear down the structure based on false allegations.

6.

After several motions for reconsideration and several appeals to the Louisiana Appellate and the Supreme Court of Louisiana with no reasoning I am here in Federal Court trying to save my property. All documents from Louisiana Civil Court, Appellant Court and Supreme Court are attached hereto.

I am requesting that this Honorable Court give an injunction/stay from demolition of my property located at 116 & 118 Byrd Lane, Hahnville Louisiana 70057. Demolition is scheduled for any day now and is of the utmost importance. The parish has denied me permits to renovate the buildings and refused to grant permits for polls and water to renovate. Neither the Louisiana Appellant Court or the Louisiana Supreme Court ever gave a reason for their ruling denying me for a new trial.

8.

I applied and was granted Forma Pauper status with the Louisiana State Court which is also attached hereto.

WHEREFORE, I Lisa N. Carey, respectfully request that after all delays, hearings and trial, be granted a judgment in favor of Plaintiff, and against Defendant, St. Charles Parish through the Dept. of Planning and Zoning, and that I be granted Forma Pauper status in this court, and that all cost of these proceedings be charged to the Defendant and any other equitable relief under the law.

LISA N. CAREY
PRO SE LITIGANT
3516 4TH STREET
HARVEY, LA 70058
Phone: 504-340-3429
Email: LisaCareyRealty@yahoo.Com

Please Serve:
Parish of St. Charles through the
Department of Planning & Zoning
Through Attorney of Record
ROBERT L. RAYMOND
Director of Legal Services
141108 River Road
Destrehan, LA 70047
Phone 985-783-5013