**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **LISA N CAREY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-1444** |
| **ST. CHARLES PARISH** | **SECTION "B"(5)** |

### JUDGMENT

Pursuant to the previously issued written order granting defendant's motion to dismiss (Rec. Doc. 17),

**IT IS ORDERED, ADJUDGED, AND DECREED** that final judgment is hereby entered **DISMISSING WITH PREJUDICE** plaintiff Lisa N Carey's claims against defendant St. Charles Parish through the Department of Planning and Zoning in the above-captioned matter.

New Orleans, Louisiana this 18th day of January, 2023

_____
SENIOR UNITED STATES DISTRICT JUDGE